# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED APR 30 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

ROGER LEE SMITH, Petitioner,

*Plaintiff(s)*
v.
CHRISTOPHER GOMEZ, Warden, Respondent.

Civil Action No. 5:19-CV-145

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☐ Other

This action was:

☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge John Preston Bailey

IT IS ORDERED that the § 2241 Petition is DISMISSED WITH PREJUDICE; it is further ORDERED that the Motion to Proceed IFP is DENIED AS MOOT; and it is further ORDERED that this Civil Action is DISMISSED and STRICKEN from active docket of this Court.

Date: April 30, 2019

CLERK OF COURT
Cheryl Dean Riley

*A.D. Abraham*

*Signature of Clerk or Deputy Clerk*